# EXHIBIT A

https://www.facebook.com/shadowbarlounge/photos/a.900201950122775/1365578890251743/?type=3&theater



Ana Cheri

# EXHIBIT B

https://www.facebook.com/shadowbarlounge/photos/a.300201956012277/5/1511236002352897/?type=3&theater

4/21/2019

(78) Shadow Bar & Lounge - Photos

Brenda Lynn Geiger





Shadow Bar & Lounge
Like This Page · March 17 ·

#TONIGHT WE #SHADOW UNTIL #2AM

Hookah // Pool tables // Full bar // VIP Lounge //
Dance floor // Latin // Reggaeton // Hiphop //
Reggae // DJ mg // DJ nitty

234 Chestnut St, Springfield Ma

Like      Comment      Share

# EXHIBIT C

https://www.facebook.com/shadowbarlounge/photos/a.900201950127275/1097027190440249/?type=3&theater

4/21/2019

(78) Shadow Bar & Lounge - Photos



Shadow Bar & Lounge
Like This Page · September 17, 2017 ·

2FOR1 #SUNDAYS AND WE PARTY UNTIL 2AM
2 CLUBS 1 COVER

#SHADOWLOUNGE #WONDERLANDLOUNGE
#HIPHOP
#LATIN... See More

1

Like          Comment          Share

Claudia Sampedro

1/1

https://www.facebook.com/shadowbarlounge/photos/a.872281859981451/1264955833647383/?type=3&theater

Claudia Sampedro



Shadow Bar & Lounge
Like This Page · May 27, 2018 ·

NO WORK TOMORROW

#TONIGHT WE #SHADOW UNTIL #2AM

POOL TABLES /// FULL BAR /// LOUNGE AREA ///
DANCE FLOOR /// DJ MG DJ NITTY DJ TRIXX

234 Chestnut St. Springfield Ma

Like          Comment          Share

# EXHIBIT D

4/21/2019

https://www.facebook.com/shadowbarlounge/photos/a.872281859581451/1123289181147383/?type=3&theater

(78) Shadow Bar & Lounge - Photos



Shadow Bar & Lounge
Like This Page · October 29, 2017 ·

#2FOR1 SUNDAYS PARTY UNTIL 2AM

BEST COSTUME WINS $500 CASH

#LATIN #HIPHOP #REGGAE #REGGAETON

SHADOW BAR & LOUNGE

1

Like          Comment          Share

Irina Voronina

# EXHIBIT E

https://www.facebook.com/shadowbarlounge/photos/a.900201950122775/1414281428714822/?type=3&theater

Sara Underwood



**Shadow Bar & Lounge**
Like This Page · November 11, 2018 ·

NO WORK TOMORROW

#TONIGHT WE #SHADOW UNTIL #2AM

Full bar / Pool tables / Lounge area / Hookah /
Dance floor / 240 Chestnut St. Springfield Ma

1                                                    1 Share

Like                    Comment                    Share

**EXHIBIT F**

4/21/2019

https://www.facebook.com/shadowbarlounge/photos/a.900201950122775/1127562857384682/?type=3&theater

(78) Shadow Bar & Lounge - Photos





Shadow Bar & Lounge
Like This Page · November 5, 2017 ·

#2FOR1 SIN-DAYS ||| PARTY UNTIL 2AM

#1 Place to be every #Sunday night with 2 clubs to
party and only 1 cover

#music #drinks #party #dance #girls.... See More

Like     Comment     Share

Mariana Davalos

# EXHIBIT G

4/21/2019

https://www.facebook.com/shadowbarlounge/photos/a.872281859586145/1956287190614250/?type=3&theater

(78) Shadow Bar & Lounge - Photos



Rosa Acosta

Shadow Bar & Lounge
Like This Page · May 28, 2017 ·

Tonight we party until 2am >>> NO WORK
TOMORROW <<<

Shadow Bar

Like        Comment        Share

# EXHIBIT H

4/21/2019

https://www.facebook.com/shadowbarlounge/photos/a.872281859958145/1888970821245888/?type=3&theater

(78) Shadow Bar & Lounge - Photos

1/1



Jessa Hinton